# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>CHRIS DREILING<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  MJ 17-0084-B<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____August 20, 2017_____ in the county of __Baldwin(U.S. flagged vessel)__ in the
__Southern__ District of __Alabama/elsewhere__, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 USC 113 | Assault within maritime and territorial jurisdiction |

This criminal complaint is based on these facts:

SEE ATTACHMENT

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Juan Joy, Special Agent CGIS
_Printed name and title_

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1.

Date: _August 21, 2017  8:15pm_        _____
_Judge's signature_

City and state: _Mobile, AL_           Sonja F. Bivins, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am a Special Agent (S/A) with the Coast Guard Investigative Service (CGIS), and have been since May 2005. I am a graduate of the Federal Law Enforcement Training Center (FLETC), Criminal Investigator Training Program, Glynco, GA. As a S/A with CGIS, I have participated in numerous criminal investigations of individuals who are in violation of statutes relating to the laws of the United States Code, as well as, the Uniform Code of Military Justice. I have investigated an abundant amount of criminal violations in support of the United States Coast Guard (USCG). I have over twenty-three years of active duty military service in the USCG, which includes over twelve years as a Special Agent with CGIS.

2. This affidavit is submitted in support of probable cause for the arrest of (S) Chris Dreiling (Dreiling), who on August 20, 2017, committed two separate violations of 18 USC § 113 ("Assault within maritime and territorial jurisdiction"). This affidavit is not intended to include all facts or matters observed by me or known by the Government, but is intended to supply sufficient probable cause to support the charges. I am one of the Special Agents investigating the matters referenced in this affidavit. The information provided is based on my personal knowledge and observations, and information conveyed to me by other law enforcement officers and witnesses.

3. On or about August 20, 2017, at sunset but still evening nautical twilight, the commercial fishing vessel "BILLY B" contacted the U.S. Coast Guard, via VHF radio, to report multiple injured crewmembers in the water. This U.S. flagged vessel, having left port from Bon Secour, Alabama, was underway fishing in the eastern Gulf of Mexico, approximately 45 nautical miles offshore and Southeast of Orange Beach, Alabama, with the following crewmembers onboard:

|  |  |
|---|---|
| Noah Gibson: | Captain (Victim 1) |
| Anthony (AJ) Love: | Crew (Victim 2) |
| Chris Dreiling: | Deckhand (Subject) |

4. Prior to the attack, all crewmembers aboard the BILLY B were fishing in their assigned duty positions. No previous arguments or altercations were reported between the crew prior to the attack. While fishing, (S) Dreiling left his position with a knife in his hand and approached (V1) Gibson who was on the opposite end of the vessel. With no provocation and no previous indication of hostility, (S) Dreiling stabbed (V1) Gibson with the knife across his left ear and face. (S) Dreiling stabbed (V1) Gibson a second time in the chin and lip area of the face. (V1) Gibson in an attempt to get away from (S) Dreiling turned to jump off the vessel into the water. When he turned (S) Dreiling stabbed (V1) Gibson in the back, pushing him into the water.

5. Hearing the commotion on the other side of the vessel (V2) Love turned around and took a defensive posture. (S) Dreiling then attacked (V2) Love. (V2) Love was stabbed several times while turning to run away from (S) Dreiling. (S) Dreiling continued to chase (V2) Love through the wheelhouse and around the vessel stabbing (V2) Love. On several occasions, (V2) Love turned to fend off (S) Dreiling receiving additional stabs to his arms and the front of his torso. During the attack, (V2) Love was eventually able to jump off the vessel and into the water.

6. The BILLY B was not underway while these attacks occurred. Both (V1) Gibson and (V2) Love were in the water near the BILLY B. (V1) Gibson watched as (S1) Dreiling attempted to get the vessel underway. In dire straits, (V1) Gibson pleaded with (S) Dreiling to throw a life raft and emergency beacon in the water, which (S) Dreiling did. The contact with the water activated the emergency beacon notifying the USCG that people were in the water. (V1)

Gibson then pleaded with (S) Dreiling to contact the USCG by VHF radio. Dreiling contacted the USCG indicating there were people in the water and that he stabbed the individuals.

7. The USCG responded to the emergency beacon and radio communication. Patrol boat CGC KINGFISHER was currently underway and was able to respond immediately. When CGC KINGFISHER arrived on scene, they immediately rescued (V1) Gibson and (V2) Love from the water. A quick assessment of their injuries was made and it was determined an emergency medical evacuation was needed. A USCG helicopter was dispatched and (V1) Gibson and (V2) Love were flown to the Baptist Hospital in Pensacola, Florida for emergency medical treatment.

8. Crewmembers from CGC KINGFISHER took control of the BILLY B and (S) Dreiling and began to move the fishing vessel back to Orange Beach, Alabama. While in route (S) Dreiling continued to make statements to USCG personnel including admissions that he stabbed (V1) Gibson and (V2) Love.

Based on the above facts, I respectfully submit that there is probable cause to believe that (S) Chris Dreiling did knowingly and intentionally assault (V1) Gibson and (V2) Love with a dangerous weapon with intent to do bodily harm, and without just cause or excuse, in violation of Title 18, United States Code, § 113(a)(3).

_____
SA Juan Joy
Coast Guard Investigative Service
Resident Agent Office Mobile, AL

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4. ~~BEFORE~~ THIS 21st
DAY OF AUGUST 2017.

_____
SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE