## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

113 ST. JOSEPH STREET
MOBILE, AL 36602

CHARLES R. DIARD, JR.
CLERK

(251) 690-2371

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT

TO COUNSEL OF RECORD:

A compact disc (CD) of the juror list and juror questionnaire is being furnished to counsel of record **on a limited basis**. The Court instructs counsel that the list and questionnaires are **CONFIDENTIAL** and are to be used solely for the purpose of assisting counsel in the exercise of peremptory strikes, challenges for cause, and a selection of the jury.

Counsel may generate hard copies of the jury lists and questionnaires only for use in their office or during jury selection. While the client may view the questionnaires, **counsel may not provide a copy of the questionnaires to their client** or to anyone else. Nor should counsel allow their client or anyone else to copy information from the questionnaires.  initials

At the conclusion of trial, counsel is prohibited from retaining the CD and/or the information contained thereon and **MUST DESTROY** all copies of the juror lists, juror questionnaires and answers, as well as the CD. Failure to comply with these instructions may result in appropriate sanctions being imposed by the Court.

By signing a copy of this notice, counsel acknowledges that she or he has read the above notice, and agrees to comply with the terms and conditions therein and acknowledges that any breach of the confidentiality required herein may result in appropriate sanctions.

DATED this the _____ day of _____, 20____.

_____
Counsel of Record/Consultant-Print and Sign Name

_____
Counsel of Record/Consultant-Print and Sign Name

Rev. 5/5/15

CASE NAME and NUMBER:_____

Please email to the Jury Administrator at Sharron_Shamburger@alsd.uscourts.gov. Thanks.