f: 11-4
Wrrn: 11-5
2124537-2

FILED
1993 NOV -4 A 9:35
S.L. WEIR COUNTY CLERK
CONTRA COSTA COUNTY
BY M. Cortez

NO. 934027-4
DA NO. M 93 000196-6

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF CONTRA COSTA

THE PEOPLE OF THE STATE OF CALIFORNIA,

VS.

CHRISTOPHER SHANE DREILING,
           DEFENDANT.

INFORMATION

PC 192(A)

In the Superior Court of the State of California, in and for the County of Contra Costa:

The District Attorney of the County of Contra Costa County hereby accuses CHRISTOPHER SHANE DREILING, defendant, of the crime of felony to wit, violation of PENAL CODE SECTION 192(a) (VOLUNTARY MANSLAUGHTER), committed as follows, to wit:

On or about August 14, 1993, at San Pablo, in Contra Costa County, the Defendant, CHRISTOPHER SHANE DREILING, did wilfully, unlawfully, feloniously, without malice aforethought, and upon a sudden quarrel and heat of passion, kill Cleo EDMUNDS.

DATED: October 29, 1993

GARY T. YANCEY
District Attorney

*[signature: Will D. O'Malley]*

WILLIAM D. O'MALLEY
Deputy District Attorney

WDO:jl