IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER SHANE DREILING**, also known as Chris Dreiling, BOP Prisoner No. 16909-003, | ) ) ) ) ) | |
| Movant, | ) ) | Civil Action No. 1:21-00030-JB-N |
| v. | ) ) ) | Criminal Action No. 1:17-00196-JB-N |
| **UNITED STATES OF AMERICA**, | ) ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated January 26, 2024 (Doc. 120[1]), and made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Grounds One, Three, and Four of Movant **CHRISTOPHER SHANE DREILING**'s motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. 111) are **DISMISSED with prejudice**, and Ground Two is **DENIED** on the merits. Movant Dreiling is **DENIED** a Certificate of Appealability in connection with this final adverse order. Further, the Court certifies that any appeal of this denial would be without merit and therefore not taken in good faith, thus denying him entitlement to appeal *in forma pauperis*.

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

Final judgment in accordance with this order shall forthwith be set out by separate document under Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to thereafter administratively close the above-numbered civil action.

**DONE and ORDERED** this 16th day of February, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE